UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 04CR2408-DMS |
| Plaintiff, ) | JUDGMENT AND ORDER OF |
| v. ) | DISMISSAL OF INDICTMENT AND RECALL OF ARREST WARRANT |
| FRANCISCO CANTABRANA-PARRA (1), ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to Defendant Cantabrana-Parra and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: November 4, 2016

_____
HONORABLE DANA M. SABRAW
United States District Judge